UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| In re: | § | |
| | § | |
| SKAFF, JOSEPH | § | Case No. 14-14802 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on
04/21/2014 .   The undersigned trustee was appointed on  04/21/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4.  The trustee realized gross receipts of | $ | 20,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 16.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 19,983.70 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/23/2016  and the deadline for filing governmental claims was  06/23/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 52.43 , for total expenses of $ 52.43 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/21/2017_____    By:/s/Phillip D. Levey_____
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 14-14802 | JPC | Judge: JACQUELINE COX |
|---|---|---|---|
| Case Name: | SKAFF, JOSEPH | | |

For Period Ending:  07/21/17

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 04/21/14 (f) |
| 341(a) Meeting Date: | 06/06/14 |
| Claims Bar Date: | 06/23/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Cash Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 2. Guardian Whole Life Insurance Policy | 1,071.13 | 0.00 | | 0.00 | FA |
| Guardian Whole Life Insurance Policy - $100,000 Face Value/Death Benefit Location: 2626 North Halsted, Chicago IL . Cash value claimed as exempt. | | | | | |
| 3. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| Checking and Savings Account ending in 2497, 2518, 6609 PNC Bank 579 Central Avenue Highland Park, IL 60035 Debtor Claimed Exemption | | | | | |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Clothing and Personal Effects Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 5. Vehicles | 28,000.00 | 0.00 | | 0.00 | FA |
| 2013 Toyota Highlander Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 6. Trustee v. Philip Skaff (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $29,321.13 | $20,000.00 | | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-14802   JPC   Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
| Case Name: | SKAFF, JOSEPH | Date Filed (f) or Converted (c): | 04/21/14 (f) |
| | | 341(a) Meeting Date: | 06/06/14 |
| | | Claims Bar Date: | 06/23/16 |

UST review of TFR.

Initial Projected Date of Final Report (TFR): 01/15/17          Current Projected Date of Final Report (TFR): 08/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit B

| Case No: | 14-14802  -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | SKAFF, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5224  Checking |
| Taxpayer ID No: | *******6203 | | |
| For Period Ending: | 07/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/17 | 6 | Phillip Skaff | SETTLEMENT | 1241-000 | 20,000.00 | | 20,000.00 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 19,983.70 |

|  | COLUMN TOTALS | 20,000.00 | 16.30 | 19,983.70 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 20,000.00 | 16.30 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 20,000.00 | 16.30 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking - *******5224 | | 20,000.00 | 16.30 | 19,983.70 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 20,000.00 | 16.30 | 19,983.70 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          20,000.00          16.30

Page 1

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: July 21, 2017

Case Number:   14-14802
Debtor Name:   SKAFF, JOSEPH

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2700-00 | United States Bankruptcy Court Clerk 219 South Dearborn Street Chicago, IL | Administrative | | $0.00 | $350.00 | $350.00 |
| 001 2100-00 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL 60614 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 001 2200-00 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL 60614 | Administrative | | $0.00 | $52.43 | $52.43 |
| 001 3110-00 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL 60614 | Administrative | | $0.00 | $8,055.00 | $8,055.00 |
| 000001 070 7100-00 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $248.42 | $248.42 |
| 000002 070 7100-00 | American InfoSource LP as agent for First Data Global Leasing PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $134.40 | $134.40 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $587.32 | $587.32 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $448.92 | $448.92 |
| 000005 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $1,709.92 | $1,709.92 |
| 000006 080 7200-00 | The Huntington National Bank c/o William J. Factor 105 West Madison Street-Suite 1500 Chicago, IL 60616 | Unsecured | | $0.00 | $467,677.30 | $467,677.30 |
| | Subtotal For Claim 7200-00 | | | $0.00 | $482,013.71 | $482,013.71 |
| | Case Totals: | | | $0.00 | $482,013.71 | $482,013.71 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-14802
Case Name: SKAFF, JOSEPH
Trustee Name: Phillip D. Levey

| Balance on hand | $ | 19,983.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Phillip D. Levey | $ 52.43 | $ 0.00 | $ 52.43 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 8,055.00 | $ 0.00 | $ 8,055.00 |
| Charges: United States Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 11,207.43 |
| Remaining Balance | $ | 8,776.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,128.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | $ 248.42 | $ 0.00 | $ 248.42 |
| 000002 | American InfoSource LP as agent for First Data Global Leasing PO Box 248838 Oklahoma City, OK 73124-8838 | $ 134.40 | $ 0.00 | $ 134.40 |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 587.32 | $ 0.00 | $ 587.32 |
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 448.92 | $ 0.00 | $ 448.92 |
| 000005 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,709.92 | $ 0.00 | $ 1,709.92 |

Total to be paid to timely general unsecured creditors          $        3,128.98

Remaining Balance                                                    $            5,647.29

Tardily filed claims of general (unsecured) creditors totaling $ 467,677.30  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.2 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | The Huntington National Bank c/o William J. Factor 105 West Madison Street-Suite 1500 Chicago, IL  60616 | $       467,677.30 | $            0.00 | $         5,647.29 |

Total to be paid to tardy general unsecured creditors            $            5,647.29

Remaining Balance                                                    $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE