# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| SKAFF, JOSEPH | § | Case No. 14-14802 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bankruptcy Department P.O. Box 901076 Fort Worth, TX 76101 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ASSOCIATED BANK | | | | | |
| UNITED STATES BANKRUPTCY COURT CLER | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Bankruptcy Department P.O. Box 982235 El Paso, TX 79998 | | | | | |
| | Capital One Bankruptcy Department P.O. Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One Bankruptcy Department P.O. Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit One Bank N.A. Bankruptcy Department P.O. Box 98875 Las Vegas, NV 89193 | | | | | |
| | First Merit Bank c/o Law Office of William Factor 105 West Madison - Suite 1500 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB / Sams Club Bankruptcy Department P.O. Box 965005 Orlando, FL 32896 | | | | | |
| | Macy's DNSB Bankruptcy Department 9111 Duke Boulevard Mason, OH 45040 | | | | | |
| | PNC Bank N.A. Bankruptcy Department 1 Financial Parkway Kalamazoo, MI 49009 | | | | | |
| | TD Bank USA/Target Bankruptcy Department P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| | THD/CBNA Bankruptcy Department P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | SYNCHRONY BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | THE HUNTINGTON NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 14-14802 | JPC | Judge: JACQUELINE COX | |
| Case Name: | SKAFF, JOSEPH | | | |
| For Period Ending: | 07/21/17 | | | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 04/21/14 (f) |
| 341(a) Meeting Date: | 06/06/14 |
| Claims Bar Date: | 06/23/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Cash Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 2. Guardian Whole Life Insurance Policy | 1,071.13 | 0.00 | | 0.00 | FA |
| Guardian Whole Life Insurance Policy - $100,000 Face Value/Death Benefit Location: 2626 North Halsted, Chicago IL . Cash value claimed as exempt. | | | | | |
| 3. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| Checking and Savings Account ending in 2497, 2518, 6609 PNC Bank 579 Central Avenue Highland Park, IL 60035 Debtor Claimed Exemption | | | | | |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Clothing and Personal Effects Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 5. Vehicles | 28,000.00 | 0.00 | | 0.00 | FA |
| 2013 Toyota Highlander Location: 2626 North Halsted, Chicago IL 60614 Debtor Claimed Exemption | | | | | |
| 6. Trustee v. Philip Skaff (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $29,321.13 | $20,000.00 | | $20,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-14802   JPC   Judge: JACQUELINE COX | Trustee Name:   Phillip D. Levey |
| Case Name: | SKAFF, JOSEPH | Date Filed (f) or Converted (c):   04/21/14 (f) |
| | | 341(a) Meeting Date:   06/06/14 |
| | | Claims Bar Date:   06/23/16 |

UST review of TFR.

Initial Projected Date of Final Report (TFR): 01/15/17   Current Projected Date of Final Report (TFR): 08/31/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-14802 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | SKAFF, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5224 Checking |
| Taxpayer ID No: | *******6203 | | | |
| For Period Ending: | 12/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/17 | 6 | Phillip Skaff | SETTLEMENT | 1241-000 | 20,000.00 | | 20,000.00 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 19,983.70 |
| 10/05/17 | 010001 | Phillip D. Levey  2722 North Racine Avenue  Chicago, IL 60614 | Trustee Compensation | 2100-000 | | 2,750.00 | 17,233.70 |
| 10/05/17 | 010002 | Phillip D. Levey  2722 North Racine Avenue  Chicago, IL 60614 | Trustee Expenses | 2200-000 | | 52.43 | 17,181.27 |
| 10/05/17 | 010003 | United States Bankruptcy Court Clerk  219 South Dearborn Street  Chicago, IL | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 16,831.27 |
| 10/05/17 | 010004 | Phillip D. Levey  2722 North Racine Avenue  Chicago, IL 60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,055.00 | 8,776.27 |
| 10/05/17 | 010005 | American InfoSource LP as agent for  TD Bank, USA  PO Box 248866  Oklahoma City, OK 73124-8866 | Claim 000001, Payment 100.00000% | 7100-900 | | 248.42 | 8,527.85 |
| 10/05/17 | 010006 | American InfoSource LP as agent for  First Data Global Leasing  PO Box 248838  Oklahoma City, OK 73124-8838 | Claim 000002, Payment 100.00000% | 7100-000 | | 134.40 | 8,393.45 |
| 10/05/17 | 010007 | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Claim 000003, Payment 100.00000% | 7100-000 | | 587.32 | 7,806.13 |
| 10/05/17 | 010008 | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Claim 000004, Payment 100.00000% | 7100-000 | | 448.92 | 7,357.21 |
| 10/05/17 | 010009 | Synchrony Bank | Claim 000005, Payment 100.00000% | 7100-000 | | 1,709.92 | 5,647.29 |

Page Subtotals     20,000.00     14,352.71

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2  
Page: 2  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD  
Exhibit 9

| Case No: | 14-14802 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SKAFF, JOSEPH | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******5224 Checking |
| Taxpayer ID No: | *******6203 |  |  |
| For Period Ending: | 12/17/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/05/17 | 010010 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>The Huntington National Bank<br>c/o William J. Factor<br>105 West Madison Street-Suite 1500<br>Chicago, IL 60616 | (5-1) Sam's ClubPersonalCredit or GEMB or GECRB<br><br>Claim 000006, Payment 1.20752% | 7200-004 |  | 5,647.29 | 0.00 |
| * 11/02/17 | 010010 | The Huntington National Bank<br>c/o William J. Factor<br>105 West Madison Street-Suite 1500<br>Chicago, IL 60616 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL , Check stopped at request of Susie Kinsman of Factor Law, Ltd. on basis that the check could not be negotiated since it did not say f/b/o Huntington National Bank as payee. | 7200-004 |  | -5,647.29 | 5,647.29 |
| 11/28/17 | 010011 | William J. Factor<br>f/b/o Huntington National Bank<br>105 West Madison Street-Suite 1500<br>Chicago, IL 60602 | Claim 000006, Payment 1.20752% | 7200-000 |  | 5,647.29 | 0.00 |

\* Reversed  
t Funds Transfer

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 20,000.00 | 20,000.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 20,000.00 | 20,000.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking - *******5224 | 20,000.00 | 20,000.00 | 0.00 |
|  | 20,000.00 | 20,000.00 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   5,647.29

Ver: 20.00e

LFORM24  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-14802 -JPC |
| Case Name: | SKAFF, JOSEPH |
| Taxpayer ID No: | *******6203 |
| For Period Ending: | 12/17/17 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5224  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********5224

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*